FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

MDOC# 106945
Penns          County #440960
(Last Name)              (Identification Number)

**COMPLAINT**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
Nov 16 2021
**ARTHUR JOHNSTON, CLERK**

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
JUN 28 2021
ARTHUR JOHNSTON
BY _____ DEPUTY

VARTAURSE        CarneLous
(First Name)            (Middle Name)

HARRISON COUNTY JAIL
(Institution)

10451 LARKINSMITH DRIVE
(Address)
(Enter above the full name of the plaintiff, prisoner, and address
plaintiff in this action)

1:21cv371 TBM-RPM

V.    TROY PETERS Sheriff (Department)   CIVIL ACTION NUMBER: 1:21cv221 LG-JCG
                                                      (to be completed by the Court)
HARRISON COUNTY JAIL officer (ETC.)
JAMES, JONES-ERT (ETC.)
KiMberley, Hodges-ERT (ETC.)
ERICA Jimenez OFC./ERT (ETC.)
(Enter above the full name of the defendant or defendants in this action)

## OTHER LAWSUITS FILED BY PLAINTIFF

| NOTICE AND WARNING: |
|---|
| The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed. |

A.   Have you ever filed any other lawsuits in a court of the United States?          Yes ( ✓ ) No ( )

B.   If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1.   Parties to the action: GPD, Gulfport Police department, Jason Ducre ofc Gilich etc, Greene County Sheriff office etc / JAIL etc, George County Jail etc.

2.   Court (if federal court, name the district; if state court, name the county): Harrison County Southern district of mississippi, suite 403

3.   Docket Number: can't remember/lack of access to Docket.

4.   Name of judge to whom case was assigned: JCJ, Henry gargulio, Hard to remember at this time Im sorry,

5.   Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): I don't Know I need Help / pending and dismissed, I believe. I need Help understanding what to do to Process. ALL MATTERS. Yes

1

# PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: **VARTAURSE C. PENNS** Prisoner Number: **County #440960 MDOC #106945**

Address: **10451 LARKINSMITH Drive Gulfport, MS, 39501**

**JAMAR LANeir DIXON 10451 LARKINSMITH Drive Gulfport MS, 39501,**

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: **SHERIFF TROY PeTers and Harrison County Jail LLC etc.** is employed as **Corrections Division and Vital Core Medical etc.** at **10451 LARKINSMITH Drive GPT MS, 39501,**

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: **VARTAURSE C. PENNS** ADDRESS: **10451 LARKINSMITH Drive GPT MS 39501**
**JAMAR LANEIR DIXON** **10451 LARKINSMITH Drive Gulfport MS, 39501**

DEFENDANT(S): **HARRISON County SHERIFFS OFFICE 10451 LARKINSMITH DRIVE, Gulfport MS 39503.**

NAME: **"County" LLC** ADDRESS:
**Harrison County Jail etc** **Jail itself 10451 LARKINSMITH Drive GPT MS 39501**
Mr. **James Jones ERT ofc** **10451 LARKINSMITH Drive GPT MS 39501**
Mrs. **Kimberley Hodges ERT ofc** **10451 LARKINSMITH Drive GPT MS, 39501**
ofc. **Sheriff Troy Peters etc** **10451 LARKINSMITH Drive GPT MS 39501**
private **Vital Core Medical Health etc,** **10451 LARKINSMITH Drive GPT MS 39501**
Mrs. **Kelly Moore - Medical Social worker** **10451 LARKINSMITH Drive GPT MS 39501**
Sgt. **Kenneth Cunningham** Disciplinary **10451 LARKINSMITH Drive GPT MS 39501**
Sgt. **Woodcoks # 254 Disciplinary** **10451 LARKINSMITH Drive GPT MS 39501**
ERT **Kenneth Lawrey ofc.** **10451 LARKINSMITH Drive GPT MS, 39501**
ERT-**ERIC GRAHAM ofc.** **10451 LARKINSMITH Drive GPT MS 39501**
Social Vital Core Medical **Mr. Rodgers** **10451 LARKINSMITH Drive GPT MS 39501**
Social Worker Medical **Mrs. Fedete** **10451 LARKINSMITH Drive GPT MS 39501**
**HARRISON COUNTY etc** **County 10451 LARKINSMITH Drive GPT MS 39501**

This is a grievance concerning: **PARTIES: DEFENDANTS:**

1. NURSE - MR. Miller - VITAL CORE LLC etc. 10451 LARKINsmith Drive Gulfport MS 39503

2. NURS - MR. WEBB - Vital CORE LLC 10451 LARKINsmith DRive Gulfport MS 39501 RXACTION ETC

3. ARAMARK - Food Company LLC etc. 10451 LARKINsmith DRive Gulfport MS 39503

4. CAPTAIN - CAPTAIN - LIEZE' 10451 LARKINsmith Drive GPT, MS, 39503, etc.

5. JACOB MORGAN - OFC/ERT 10451 LARKINsmith DRIVE Gulfport MS, 39503

6. LT - MS whittle #214 - MAIL LADY - 10451 LARKINsmith drive, Gulfport MS, 39503,

7. SGT. CHENN - Laundry - 10451 LARKINsmith Drive Gulfport MS, 39503

8. WARDEN HUBBARD 10451 LARKINsmith DRIVE Gulfport MS, 39501

9. NURSE BillingSly PractiCioner Vital - CoRe LLC etc 10451 LARKINsmith Drive, Gulfport MS, 39503, 10. LT. MCABE #153, etc 11. SGT MALLET, OFC

12. SGT. GREGORY - OFC, 10451 LARKINsmith Drive Gulfport MS, 39503.

13. NURSE summer #11 - 10451 LARKINsmith VITAL CoRE LLC ETC Dr, Gulfport MS 39503 [MRS. SUMMER ALL]

ResPectfully SuBmitted:

*Vartaurse Penn* #440360
VARTAURSE C. Penns,
Inmate Signature

*Jamar L. Dixon* #440424
JAMAR L. DIXON

REVISES 1/6/16

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

Yes ( )   No ( ✓ )

B. Are you presently incarcerated for a parole or probation violation?

Yes ( )   No ( ✓ ) *(But I am on probation with out violation I just missed a court date. FTA.)*

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

Yes ( )   No ( ✓ )

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

Yes ( )   No ( ✓ )

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

Yes ( ✓ )   No ( ), if so, state the results of the procedure: *None, I was placed 80 days in the hole without access to the media or outside world. 6/11/2021 they covered the officers and hid me in the hole.*

F. If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

Yes ( ✓ )   No ( )

2. State how your claims were presented (written request, verbal request, request for forms): *I tried all three ways and recieved partial help the Cpt. of. Jones (names) claimed i spit on Him and they hid me in this dungeon (hole) for 80 days.*

3. State the date your claims were presented: *6/12/2021 - 6/10/2021 - 6/17/2021 6/18/21*

4. State the result of the procedure: *I have a red on red jump suit with the day it happened loss my court date set off placed in the whole for 80 days No canteen, No medical treatment only 2 nurses will see me but No response from most Request or grievance forms till Next month July 1 2021 Im told I have a hearing but Im hurt Badly. (VC)*

3

# STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

ON or about 6/10/2021 while being moved from one suicide cell to the next by Erica Jimenez and ERT James Jones, and ERT Kimberly Hodges and sgt and staff officer Kimberly Hodges got up in my face and stated shut the fuck up and sit down I did as told while cuffed and the James Jones Repeated almost every word she said (Hodges) while Erica Jimenez held her hand in my chest, then Hodges stated you bitch as man who want to catch suicide cause He in the hole, I Vartaurse Penns stated Your the Bitch who wants to be a MAN, she (Hodges) ERT ofc got down Fist to palm and said, say it again!! Bitch I bet you won't I said Bitch you the bitch, She began to pound my face (Right) while I was cuffed and James Jones and Erica Jimenez joined.
See ATT:

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Nominal damages $50,000 #5,000. Per defendant, Official capacity $100,000,00 Compensatory Damage $150,000 Per defendant Plus $10.98 property Losses, Punitive Damage $150,000,000.00. plus Individual capasity $120,000.ou. Per defendant. Any Land, cars TRUCKS, BOATS Planes, STOCKS, Bonds, cattle, deeds or titles, or TRUST funds owned by defendants as well as businesses, Please see ATTached Also live stock in place All Tobacco products Back in the facility. Respectfully

Signed this ___ day of June, 20_2_  Submitted
Vartaurse Penns 440460
Amer L Dixon
(SJD) Jamer L. Dixon #440724  Vartaurse Penns 440460
Signature of plaintiff, prisoner number and address of
plaintiff #440460 COUNTY JAIL
10451 LARKin Smith Drive
Fort Port ms 39503

I declare under penalty of perjury that the foregoing is true and correct. #440724

6/19/2021   X _____  Vartaurse Penns 440460
(Date)   Signature of plaintiff

10451 Larkin Smith DR.
Gulfport ms, 39503

6 On 5/31/21 while waiting to attend day room call I VARTAURSE C.Pems was awoke by then rock mate Joshua Allen Gordon in section D/E cell #39 the doors never opened so Mr. Gordon stated whats up and the zone discovered that the phone cover was taken off the wall and no one was allowed out while exposed wires are out. Via wall phone during NBA FINALS. So Mr. Gordon whom was already on lock down for disrespecting officer Reese stated that he Mr. Gordon would flood this bitch out." I VARTAURSE Pems stated to him look aint no extra trays, or Jalapino cheese or honey buns in the hole he Mr Gordon Swung at me and we fought for A few minutes and gathered ourselfs before some one came, I Mr. Pems laid back down and awoke to the cell full of water with Mr. Gordon sitting on the towel he said "I don't give a fuck I'm going home wensday, I got court." well when Sgt (Gregory JAcent) entered the zone he pitched A fisso out the flood He stated All ya had to do was wait for investigation or investigator to show up and y'all would have been out it Mr. Gregory rolled the cameras back and stated " I should have known that Ventorus pems" I stated "ohh No" Not me please hold up for your crime Mr Gordon. He pointed at me Mr Pems while Sgt. Gregory was at the cell door and then Sgt. Gregory stated I knew you did it Pems "Pack your shit your going to the hole I prayed in silence and then he returned with several officers and exempted mr. Gordon but wrote me VARTAURSE C. Pems up for tampering with security devices and fighting with another inmate also insiting A riot I ask when did I do All this. I was taken to B-Box D-DAVID=Lock down cell 232 and I became ill sick of the smell of phieses (shit) (piss) from melvin keys and tried to committ suicide to exscape the misery of torture, I returned 2 days later after evaluation from social worker Kelly moore, who released me back to the lockdown area I was placed in cell 227 and they placed Jessie Myers in my cell from 226 After He was sprayed with OC spray for not moving to my cell and he never has showered since He came 3 months ago from the streets. I had A cell change to 128 then to 231 and became depressed xcause I got bad news my uncle RICKY OTIS passed Away and I spoke of suicidal thoughts and no space on suicide WEDSday 5/9/2021. ERTOFC S) Came in to shower Red on Reds and became Angry as I was escorted to medical. then on 6/10/21 offender devon Harmon threatned to put his penis in my food we got into A Heated confrontations and I slapped his tray out of his hand and threw water at him ofc Jimenez then Called A signal #34 inmate officer altervation in medical come quick, offender devon Harmon passed gass (FARTED) I Spit at the trash can Sgt Woods, Sgt. MRS. Bahugue 173 did advise me to keep my spit to myself I agreed, they left and then ERT ofc Kimberly Hodges Stated that "your A Bitch Ass mad crying cause I got whole time" I VArtourse Penns told Her "bitch your A whole Hoe trying to be A man in Here" she said say it again?

See ATTAched!

" I bet your bitch ass wont Call me a bitch again"? I MR. Penns
Stated Im from NORTH Enif Port, STRAight off MLK Blvd
you got me Fucked up BITCH you the bitch and she proceed
with fist to palms to pock and beat on me from the right
side of my face while my HANDS were Cuffed behind
my back in A suicide smock And ERT-ofc JONES worked
me from the left side, He At one point struck me with a
very Hard object to the Left EAR Crackin MY JAW,
I WAS raised up by JONES (James) And ERICA Jimenez ofc/ert,
Ms. Jimenez stated that She (ERT ofc) and JONES (MR. James) (ERT ofc) were seperating me
From Kimberley Hodges-ERT ofc and as I sighed to catch my breath I was
SALAVA-tyting to breathe and was over-exhausted dizzy to be exact
CAmera's in medical would show all 4 Angdes (Angles). THEN ERT Hodges
Stated as I cursed officer JONES (James) for the Hard object He hit me
with she said, " you spitting on my officer and they both
pounced and ERICA Jimenez Joined in beating me to the
ground and when they raised me up I did PASS OUT ON
the spot unconcious and the both Hodges and JONEs
dropped me face first to the ground leaving me there
the Nurse Administered smelling salt and as I Come to I
did and others hear ERT Hodges (Kimberley)-ofc STATE " I wish the camera didnt
work I'd stomp His head in or kill this bitch I dont like Him"
they both JONES and Hodges ofc-ERT picked me up and began
to take me to lock down but the officer ERICA Jimenez said,
no He's going Here in the quarintine cell alone and they placed
me on my knee's in the back like A wild animal at gun point
of A Red beam (TASer) by Hodges who stated "if you move
Im gone fry your ASS, STAY put till we Leave's I Lost my temper
and picked up the old alumium bed And they called maintnence to remove
it from the cell and I WAS there till 6/11/21 with no medical Help
incident happened at 11:15 and I WAS seen at 12:15 am that next day
MR. Rogers and Kellymore vid social workers told All employees STAY AWAY see pg 3

# STATEMENT OF CLAIM

"Add don't touch me." she stayed all Night till about 1:30 Am Cotching
up on her work camera would show all the big facts I have
been Sanctioned to 80 days Lock down behind this matter
I was written up by all 3 officers And accused of Assault
on somone els how could I with my hands behind my back
and I never spit on or at any officer. Please see All
video tapes and Help before this matter gets worse that
same day I HAD AN Attorney visit which was cancelled
and caused my court date to be pushed back to August 18,
2025, I'm hurting very bad my body ~ Respectfully Submitted!
VARTAURSE C. PENNS
#440460
#440724



JL DIXONS STATEMENT

~~Harrison County Sheriff's Office~~

~~Grievance Form~~

" "STATEMENT OF CLAIM"

MR From: JAMAR LANEIR DIXON #440724 B/D Cell #223

Inmate Name                    Docket #                    Unit

[LANEIR]

Date Submitted: _____     Date of Incident: 6/4/2021

INcident #13409 oN CAMERA "15:10 hrs DAY ROOM FLOOR

This is a grievance concerning: on or about the 6/4/2021 while being JAMARL DixoN~ brought to B-BOY-D-DAvid-Block by CRT and officer JACob MorgoN I was initially assigned to Cell #232 where CAmer would show I WAS escorted by several of CRT members and they used unessacery force with my Head raming it into the door 232 before it opened and busted My Head causing me to need 3 or 4 stitches in the fore Head when we entered the cell they proceeded to punch and Kick me in the sib and face till bloody then they moved me to down stairs 127 until I healed so I slept under the rack for safty, on 6/18/21 I was moved up stairs by the shower to cell #223, I'm hurt and confused I need Help ASAP Also I Can not read a lot or spell too good so I told MR, Penns to Please help me with this statement. ⟨R⟩ vartaurse Penns #440460

Jamar L Dixon    x _____ x 440724

I swear under the penalty of purgery that the above statement is true and to the best my knowledge correct cAmera would show At Harrison County JAIL

Jamar L Dixon    x _____ 440724 DATE 6/1/2021

written by VARTAURSe Penns Conscent given and stated by: JAMAR DixoN himself.    x VARTAURSe Penns #440460
Jamar L Dixon x _____ 440724
#440724    JAMAR LANEIR DIXON

REVISES 1/8/16

① Relief

#440960
106945 Grievance Form

Vartause C. Pen

**From:** JAMAR L. DIXON    440724    B/D #223
          *Inmate Name*        *Docket #*    *Unit*

**Date Submitted:** _____   **Date of Incident:** 6/7/2021

This is a grievance concerning: **RELIEF SOUGHT BY COURT.**

Removal of Tier system,
That all officers be removed from positions of power
and replaced and that the federal goverment take over
the Jail and run it at full 100% capacity and that the
privilages be given back to lock down offenders
phone calls, and access to media and the outside
world, yard calls That the Jail Provide 3 full course
meals and not just Breakfast, Lunch and 2 sandwiches.
That all named medical staff be removed and replaced
with better Health care, that the sheriff be prosecuted
for his involvement with several deaths here at the Jail,
and forcing medical staff to save money and lie about
patients being "just fine" given Ib pro ten for every
broken bone, By chain of comand and liability all
be penalized to the maximume degree by this
Honorable Courts, That suicide offenders be
allowed to keep their mattress and blankets
the entire time of being on suicide watch and
allowed to sleep with clean sanitation for lock
down and suicide cells, That lock down offenders
be given the right to make full canteen orders and
Removal of the Tier system from the entire Jail
To Press Charges on all staff for Attempted murder or
Persue Criminal charges ASAP. See Atten. Respectfully Submitted,
                                          *Inmate Signature*

(J.D.)   X _____   _____
         440724

# RELIEF Sought By CouRTS

"Further plaintiff(s) seek to request that the use of tobacco be permitted in the County JAIL in accordance with DOC All Tobacco products be Made Available VAPS, piped and Cartons, of cigaretts, cigars, Tobacco Matches, Rolling Papers, pipes, Bongs, Synthetic and medical MAriJuana JARS of peanut butter, that ALL INmates be given the best of synthetic MAriJuana And medical, At descretion of nurses $10.00 CANteen out of the Countys Budget the Appropriate time and Day of CANteen leaving No offender without, that 3 TRAYS full coarse meals be distributed with the 12:00 NOON Luch BAg and Cereal and milk be Added back to the menue, Condiments be given back MAyo, Sugar, SALT, pepper, BACON, HAM, Boiled eggs, FRIED Foods Be placed back in the menue Ice cream, philly cheese Stakes, Hot pockets, pizza, And Doughnuts and cinamin Rolls, be placed Back on menue, Fresh Fruit, Apples, Oranges, BANANAS, peaches, plums, grapes, STRAwberries, Blueberrys etc. FRENCH FRIES, SodAS ON CANteen, Lighters being Burgers, Hotdogs, etc. Jello pies, BAnana pudding, Schoees -Stalled back into the JAIL and the public be allowed CONTACT ViSits, TAbletS And video viSits allowed as Long as INmate funds Are Available to purchase time, A BETTER MENTAL Health FACility be established for the Theraputic Needs of Housing and Conditions with Respect for Human Life. THAT ALL STAFF EAT FREE AND ALL Leftovers be passed out to the offenders, Any one entering the JAIL After hours that Sandwiches or Full TRAY/meals be provide regardless of time till Next meal PlAiNtiff's prays this Honorable Court does Grant This his Requested ReLief Sought BY Courts And ANY others Deemed JuST Respectfully submitted: ...

PRESORTED
FIRST CLASS

Hasler
06/25/2021
US POSTAGE $000.46⁰

ZIP 39503
011E12650912

Virtue Pembrook
20454 Larkinsmith Drive
Gulfport MS, 39503

"U.S. District Court" For Southern District S
Of Miss" Att: Clerk "Emergency
2012 15th Street Suite #403
Gulfport, MS 39501

CURRENT
LEGAL MAIL

MAILED FROM HARRISON COUNTY
ADULT DETENTION CENTER
NOT RESPONSIBLE FOR CONTENT

RECEIVED
JUN 28 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

REQUEST TO PROCEED *IN FORMA PAUPERIS* AND
DECLARATION IN SUPPORT THEREOF

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JUN 28 2021

ARTHUR JOHNSTON
BY_____ DEPUTY

I, Vartautse C. Penns            1:21cv22116-JCG, am the plaintiff in the above entitled case and
request leave to proceed without being required to prepay fees or costs or give security therefor. I
state that because of my poverty I am unable to pay the costs of said proceeding or to give security
therefore, and that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1.      Are you presently employed? Yes_____   No ✓

        a.      If the answer is yes, state the amount of your salary per month and give the name and
                address of your employer. N/A _____
                _____

        b.      If the answer is no, state the date of last employment and the amount of the salary per
                month which you received. 2019  5,000.00 _____
                _____

2.      Have you received within the past twelve months any money from any of the following
        sources?

        a.      Business, profession, or form of self-employment? Yes_____   No ✓

        b.      Rent payments, interest, or dividends? Yes_____   No ✓

        c.      Pensions, annuities, or life insurance payments? Yes_____   No ✓

        d.      Gifts or inheritances? Yes_____   No ✓

        e.      Any other sources? Yes_____   No ✓

                If the answer to any of the above is yes, describe each source of money and state the
                amount received from each during the past twelve months. N/A _____
                _____

3.      Do you own any cash or do you have money in a checking or savings account? Yes_____
        No ✓ (Include any funds in prison accounts)

        If the answer is yes, state the total value owned. ∅
        _____

1

4.  Do you own any real estate, stocks, bonds, notes automobiles, or other valuable property (excluding household furnishings and clothing)? Yes_____ No __✓__

If the answer is yes, describe the property and state its approximate value. _____

_____

5.  List the persons who are dependent upon you for support; state your relationship to those person; and indicate how much you contribute their support. Valincia Penns Ty Kid Harvey, Bucket Penn Cooks, I do what I can giving my all to them as allowed then I have to leave it to god.

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury.

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___17th___ day of ___June_____ 20 2__.

_____
Signature of Plaintiff

2

Authorization for Release of Institutional Account Information and
Payment of the Filing Fee

*H County #4404060*

I, _VARTAURSE C. Penns_ _#106945 MDOC_

(Name of Plaintiff)                    (MDOC Number)

authorize the Clerk of Court to obtain, from the agency having custody of my person, information
about my institutional account, including balances, deposits and withdrawals. The Clerk of Court
may obtain my account information from the past six months and in the future, until the filing fee
is paid. I also authorize the agency having custody of my person to withdraw funds from my account
and forward payments to the Clerk of Court, in accord with 28 U.S.C. Section 1915.

_(Signature of Plaintiff)_

_6/17/2021_

(Date)

---

IT IS PLAINTIFF'S RESPONSIBILITY TO HAVE THE APPROPRIATE PRISON
OFFICIAL COMPLETE AND CERTIFY THE CERTIFICATE BELOW

---

CERTIFICATE TO BE COMPLETED BY AUTHORIZED OFFICER
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ ( — 89.78 ) #225
on account to his credit at the _Harrison County ADC_ institution where he is
confined. I further certify that the applicant likewise has the following securities to his credit
according to the records of said institution:

I further certify that during the last six (6) months the
plaintiff's average monthly **balance** was $_____.

I further certify that during the last six (6) months the
plaintiff's average monthly **deposit** was $_____.

_228-896-0618_
TELEPHONE NUMBER OF
OFFICER FOR VERIFICATION

_#225_
AUTHORIZED OFFICER OF INSTITUTION
_Robert Fox #225_
PRINT NAME OF AUTHORIZED OFFICER

_6-23-2021_
DATE

RETURN COMPLETED FORM TO:
U.S. DISTRICT COURT
P. O. Box 23552
JACKSON, MS 39225-3552

_Southern District_
_of Mississippi_
_2012 15th Street_
_Gulfport, MS 39503_

3

PRESORTED
FIRST CLASS

Hasler
06/25/2021
US POSTAGE $000.46°
ZIP 39503
011E12650912

Victor Pendgrass
20451 Larkinsmith Drive
Gulfport MS, 39503

"U.S. District Court for Southern District
of Miss" Attn CLERK "Emergency"
2012 15th Street Suite #403
Gulfport MS 39501

CURRENT
LEGAL MAIL

MAILED FROM HARRISON COUNTY
ADULT DETENTION CENTER
NOT RESPONSIBLE FOR CONTENT

RECEIVED
JUN 28 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

VARTAURSE CORNELIOUS PENNS, #440460          PLAINTIFF

VERSUS                      CIVIL ACTION NO.  1:21-cv-00221-LG-JCG

HARRISON COUNTY JAIL, et al.            DEFENDANT(S)

## ORDER

This cause comes before this Court for processing pursuant to the Prison Litigation Reform Act, Title 28, United States Code, Section 1915 and Section 1932.  The Court is providing you with notice of these code sections, along with Section 47-5-138 of the Mississippi Code of 1972, since they may affect your decision to proceed with this action.

The Clerk of Court shall mail to the prisoner filing this complaint a copy of the Notice (Form PSP-1); Acknowledgment of Receipt and Certification (Form PSP-3) and a form by which the plaintiff may voluntarily dismiss (Form PSP-4) his or her lawsuit.

The plaintiff is directed that if he or she wants to continue with this case the plaintiff shall sign the Acknowledgment (Form PSP-3) and return it to the Clerk of Court within thirty (30) days from the date of this Order.

The plaintiff is further directed that if he or she wants to dismiss this case, then the plaintiff shall sign the Notice of Voluntary Dismissal (Form PSP-4) and return it to the Clerk of Court within thirty (30) days from the date of this Order.

**PSP-2**

The plaintiff is warned that his or her failure to return one or the other of the forms within thirty (30) days and his or her failure to advise this court of a change of address will be deemed as a purposeful delay and contumacious act by the plaintiff and may result in this case being dismissed sua sponte, without prejudice, without further written notice.

SO ORDERED this the  29th  day of  June, 2021.


s/ John C. Gargiulo
UNITED STATES MAGISTRATE JUDGE

The attached Acknowledgment of Receipt must be signed and returned if you wish to continue your lawsuit.

Please read carefully the below detailed provisions of the Prison Litigation Reform Act, Title 28, United States Code, Section 1915 and Section 1932, along with Section 47-5-138 of the Mississippi Code of 1972 since they may affect your decision to continue with this lawsuit.

I.      <u>**IMPOSITION OF FILING FEES AND ADMINISTRATIVE FEES**</u>

In accordance with the *in forma pauperis* (IFP) statute, as a prisoner you will be obligated to pay the full filing fee of $350.00 (subject to change) for a civil action, or $505.00 (subject to change) for an appeal.

 1.  <u>If you have the money to pay the $350.00 (subject to change) filing fee plus a $52.00 (subject to change)  administrative fee</u>, you should immediately send a cashier's check or money order to the court.

2.  <u>If you are denied permission to proceed in forma pauperis</u>, you will be required to pay the $350.00 (subject to change) filing fee plus a $52.00 (subject to change) administrative fee.

3.  <u>If you are granted permission to proceed in forma pauperis because you do not have enough money to pay the full filing fee</u> the court will assess an initial partial filing fee.  The initial partial filing fee will be equal to 20 percent of the average monthly deposits to your prison account for the last six months or 20 percent of the average monthly balance in your prison account for the last six months period, whichever is greater.  The court will order the agency that has custody of you to take that initial partial filing fee out of your prison account as soon as funds are available and to forward the money to the court.

<u>After the initial partial filing fee has been paid</u>, you will owe the balance of the filing fee.  Until the amount of the filing fee is paid in full, each month you will owe 20 percent of your preceding month's income credited to your prison account toward the balance.  The agency that has custody of you will collect that money and send payments to the court any time the amount in your prison account exceeds $10.00.

4.  <u>Regardless of whether some or all of the filing fee has been paid,</u>  the court is required to screen your complaint and to DISMISS the complaint if:

      a.      Your allegation of poverty is untrue;
      b.      The action is frivolous or malicious;
      c.      Your complaint does not state a claim upon which relief can be granted; or
      d.      You sue a defendant for money damages and that defendant is immune from liability for money damages.

5.  <u>Judgments including costs-</u>  If a judgment is rendered against you that includes the payment of costs, you will be required to pay the **full amount** of the costs ordered.  You will be required to make payments for costs in the same manner as is provided for filing fees.

II.    **NOTICE AND WARNING**

**1.  Federal Law- Future Suits May be Barred**
Under the IFP statute, 28 U.S.C. § 1915, if a prisoner has, on **3** or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was **dismissed** on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief could be granted, the prisoner **will be barred** from bringing any further civil action or appeal a judgment in a civil action or proceeding under this section unless the prisoner is under imminent danger of serious physical injury.  28 U.S.C. § 1915 (g).

**2.  Federal Law- Loss of Good Time**
Under Title 28 U.S.C. § 1932, in any civil action brought by an adult convicted of a crime and confined in a <u>Federal Correctional Facility</u>, if the court finds that the claim was filed for a malicious purpose, or the claim was filed solely to harass the party against which it was filed, or the claimant testifies falsely or otherwise knowingly presents false evidence or information to the court, the court may order the revocation of earned good time credit under 18 U.S.C. § 3624(b), that has not yet vested.

**3.  State Law- Loss of Good Time**
Under Mississippi Code § 47-5-138, if a lawsuit brought by an inmate while the inmate was in the custody of the Department of Corrections is dismissed as frivolous or malicious, by a final order, the department shall forfeit:
a. **Sixty (60) days** of an inmate's accrued earned time if the department has received one (1) final order;
b. **One hundred twenty (120) days** of an inmate's accrued earned time if the department has received two (2) final orders;
c. **One hundred eighty (180) days** of an inmate's accrued earned time if the department has received three (3) or more final orders.

The Department may <u>not restore</u> earned time forfeited under this section.

In light of the potential consequences of having your case dismissed as "frivolous" you are advised that the term "frivolous" may have a legal meaning that is different from what you consider this term to mean.  Even though you are completely sincere in your suit, it may be dismissed as "frivolous" if it lacks an arguable basis in law or fact.  Thus, a case may be found to be legally "frivolous" where it seeks to assert a "right" or address a "wrong" clearly not  recognized by federal law.  *See, e.g., Neitzke v. Williams*, 490 U.S. 319 (1989).

PSP-1

AFTER REVIEWING THE CORRESPONDENCE FROM THIS COURT, IF YOU WISH TO CONTINUE WITH YOUR LAWSUIT, YOU SHOULD SIGN THIS ACKNOWLEDGMENT AND RETURN IT TO THE CLERK OF COURT WITHIN THIRTY DAYS.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
_____SOUTHERN_____ DIVISION

VARTAURSE CORNELIOUS PENNS, #440460                                    PLAINTIFF

VERSUS                                              CIVIL ACTION NO. 1:21-cv-00221-LG-JCG

HARRISON COUNTY JAIL, et al.                                           DEFENDANT(S)

ACKNOWLEDGMENT OF RECEIPT and
CERTIFICATION TO BE SIGNED AND RETURNED BY THE PLAINTIFF

I have read the above statements, and fully understand that I am obligated to pay the full filing fee, even if I do not have enough money at this time.

I have read the above statements, and fully understand that if this lawsuit is dismissed on grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, I may be barred from filing further lawsuits or appeal a judgment of this Court, and I may lose up to **180 days** of earned "good time" credits, if I am confined within the Mississippi Department of Corrections.

I have read the above statements, and fully understand that if the court finds this lawsuit was filed for a malicious purpose, or solely to harass the defendants, or that I testified falsely or otherwise knowingly presented false evidence or information to the court, I may lose earned "good time" credit, that has not yet vested, if I am confined in a Federal Correctional Facility.

_____
DATE

_____
SIGNATURE OF PLAINTIFF

_____
NAME OF PLAINTIFF (Please Print or type)

PSP-3

5

AFTER REVIEWING THE CORRESPONDENCE FROM THIS COURT, IF YOU WISH
TO DISMISS YOUR LAWSUIT YOU SHOULD SIGN THIS NOTICE OF VOLUNTARY
DISMISSAL AND RETURN IT TO THE CLERK OF COURT WITHIN THIRTY DAYS.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
_____SOUTHERN_____ DIVISION

VARTAURSE CORNELIOUS PENNS, #440460                              PLAINTIFF

VERSUS                                        CIVIL ACTION NO. 1:21-cv-00221-LG-JCG

HARRISON COUNTY JAIL, et al.                                   DEFENDANT(S)

## NOTICE OF VOLUNTARY DISMISSAL

As the plaintiff, I hereby dismiss this cause, without prejudice, pursuant to Rule 41(a)(1) of the

Federal Rules of Civil Procedure.   I further attest that this motion is voluntarily made and is not based upon

pressure or threats from any source whatsoever.

This the _____ day of _____, 20_____.

                                        _____
                                        Signature of Plaintiff

PSP-4

6

IN THE U.S DISTRICT COURTS FOR THE SOUTHERN DISTRICT OF MISSISSIPPI SOUTHERN DIVISION

VARTAURSE C. PENNS     PLAINTIFF

VERSUS

CIVIL ACTION

NO. 1:21-CV-00221-LG-JCG

HARRISON COUNTY JAIL et al.     DEFENDANT(S)

## MOTION TO MEND DOCUMENTS

Comes Now the above named indegent Plaintiff, pro se, and files this his/her Motion to Mend Document(s) and in support of said motion, would respectfully Show unto this Honorable Court the following matters and facts to wit:

A-THAT since 5/31/21 I the PLAINTIFF VARTAURSE PENNS HAVE NOT Been ALLowed the proper Access To media, YARD Call, phone Call or the outside world up till this present day my phon pin has just been unlocked since 7/14/21 As told by request from MRS. Whittle But yet I can only come out mon, wensday, AND FRIDAY with the ASSISTANCE of onlY ERT members who somtimes CAint make it ALL the time because of shortage of STAFF I have wrote several GRIEVANCES AND Respectful Request To the sheriff TRoy PETERS AND, CAPTAIN LEGE, As well As WARDEN E. HUBBARD ABout THE MATTERS I HAVE NOT TASTED FRESH AIR AND the Cell IS full of Bugs, NATS And sugar ants, spiders with BLACK Mold Near the A/C VENT, the RACK IS Very Rusty full of old food Crumbs, HAIR follicals and Mold.

SEE ATT

B- THAT since And on 5/31/21, 6/10/21, 6/10/21, 6/12/21, And 7/9/21, Closed AT 7/13/21 the Administration has dishonored its error for the disciplinary system and Also NoT Allowed MY ATTORNEY MR. NATHAN GERMAN or Jermyn To ATTEND Any of my Hearings for any Judicial reviews nor contact him of the mAtters my Felony courtdate has been pushed back from June 16, To August 16, 2021 I have filed A motion to have A fast And speedy TRIAL, I found out the Courts of HArrison County did ErroT And they recieved MY MoTioN for DISMISSAL They decided to re INDITE me the PLAINTIFF Violating me As A ENHANSED PENALTY and HAbitual defendant My Current ATTORNEY is Seeking to get those dropped And Move for Plea Agree ment with the DA Ms. Patty Simpson. I VARTAURSE C.Penns have exhausted the grievance system and would respectfully Request Immediate removal from Lock down and whetefore Premises, PLAINTIFF Respectfully Request THAT the medical cost Here aT the Jail be fully reimburst To the PLAINTIFF and Further duce that an order

Be SET for ALL Lock down offenders to use the phone and be allowed to have access to the media and outside world via Television, or Radio, AND USE of the KIOSK for legal and Administrative Request. Also PLAINTIFF Seeks an Additional $3,989,999.89 Punitive Damages NOMINAL DAMAGES - $5,000.00. Dollars Compensatory DAMAGES $300,000,00 INDIVIDUAL CAPASITY of $20,000,00 dollars

Plus COURT COST Fines And Filing dollars Fees, of Attorney AND ANY OTHER Fees AND payments Deemed Just And Rightious FAIR, Further PLAINTIFF prays this HONORABLE COURT DOES GRANT ALL ORDERS requested And ALL Compensations Sought by this prose PLAINTIFF As JUSTICE MAY Require Respectfully SUBMITTED! VARTAVRSEC. Penns

Vito Penn
7/18/21

2:21-CV-00221-LG JCG #440460

VARTAURSE C. PENNS #440460
10451 LARKINSMITH DRIVE
Gulfport MS, 39503

LEGAL MAIL

RECEIVED

JUL 20 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

S MARSHAL

2012-
15th Suite 403
STREET.

Hasler
07/19/2021
US POSTAGE $000.46

PRESORTED FIRST CLASS

"ATTENTION CLERK "DIVISION

U.S. DISTRICT COURT FOR
SOUTHERN DISTRICT OF
MISS, SOUTHERN DIVISION
Gulfport MS, 39502

MAILED FROM HARRISON COUNTY
ADULT DETENTION CENTER
NOT RESPONSIBLE FOR CONTENTS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

VARTAURSE CARNELOUS PENNS, #440460                    PLAINTIFF

VERSUS                              CIVIL ACTION NO. 1:21-cv-221-LG-JCG

HARRISON COUNTY JAIL, et al.                          DEFENDANTS

ORDER TO SHOW CAUSE

On June 28, 2021, Plaintiff filed a Complaint [1] pursuant to § 1983 civil action.  Compl.

[1] at 1.   On June 29, 2021, an Order [3] was entered in this action directing Plaintiff to sign and

return to this Court an Acknowledgment of Receipt and Certification (Form PSP-3) or a Notice

of Voluntary Dismissal (Form PSP-4) within thirty days.  Plaintiff was warned that failure to

comply or failure to provide a change of address could result in the dismissal of this civil action.

Order [3] at 2.  That Order [3] was mailed to Plaintiff at his last known address.  Plaintiff has

failed to comply with the Order [3] requiring him to sign and return to this Court an

Acknowledgment of Receipt and Certification (Form PSP-3) or a Notice of Voluntary Dismissal

(Form PSP-4) within thirty days.  Accordingly, it is

ORDERED:

(1)  That the Clerk mail to Plaintiff a copy of the Order [3] entered June 29, 2021.

(2)  That Plaintiff **on or before September 3, 2021**, respond to this Order to Show Cause

in writing and explain why this case should not be dismissed for failure to comply with the

Court's Order [3].

(3)  That Plaintiff **on or before September 3, 2021**, comply with the Order [3] of June

29, 2021, by signing and returning to the Court an Acknowledgment of Receipt and Certification

(Form PSP-3) or a Notice of Voluntary Dismissal (Form PSP-4).

(4)  That Plaintiff is required to file his original response to this order to show cause with the Clerk, 2012 15th Street, Suite 403, Gulfport, Mississippi 39501.  Failure to properly file a response may result in this civil action being dismissed.

(5)  That failure to advise the Court of a change of address or failure to timely comply with any order of the Court will be deemed as a purposeful delay and contumacious act by Plaintiff and may result in this cause being dismissed without prejudice and without further notice to Plaintiff.

THIS, the 13th day of August, 2021.


 *s/ John C. Gargiulo*
UNITED STATES MAGISTRATE JUDGE

AFTER REVIEWING THE CORRESPONDENCE FROM THIS COURT, IF YOU WISH TO
CONTINUE WITH YOUR LAWSUIT, YOU SHOULD SIGN THIS ACKNOWLEDGMENT
AND RETURN IT TO THE CLERK OF COURT WITHIN THIRTY DAYS.



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
__SOUTHERN__   DIVISION

VARTAURSE CORNELIOUS PENNS, #440460                              **PLAINTIFF**

VERSUS                                        CIVIL ACTION NO. 1:21-cv-00221-LG-JCG

HARRISON COUNTY JAIL, et al.                                   **DEFENDANT(S)**

## ACKNOWLEDGMENT OF RECEIPT and
## CERTIFICATION TO BE SIGNED AND RETURNED BY THE PLAINTIFF

I have read the above statements, and fully understand that I am obligated to pay the full filing fee, even if I do not have enough money at this time.

I have read the above statements, and fully understand that if this lawsuit is dismissed on grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, I may be barred from filing further lawsuits or appeal a judgment of this Court, and I may lose up to **180 days** of earned "good time" credits, if I am confined within the Mississippi Department of Corrections.

I have read the above statements, and fully understand that if the court finds this lawsuit was filed for a malicious purpose, or solely to harass the defendants, or that I testified falsely or otherwise knowingly presented false evidence or information to the court, I may lose earned "good time" credit, that has not yet vested, if I am confined in a Federal Correctional Facility.

6/29/21
DATE

_Vartaurse C Penn_ #440460
SIGNATURE OF PLAINTIFF

VARTAURSE C Penn #440 460
NAME OF PLAINTIFF (Please Print or type)

PSP-3

5

VARTAURSE C PENNS #446460
1045 LARKINSMITH DRIVE
GULFPORT MS, 39503

ATTEN LONG CLERK

US DISTRICT COURT FOR
THE SOUTHERN DISTRICT
OF MISSISSIPPI SOUTHERN
DIVISION 2012 15TH
STREET SUITE 403
GULFPORT MS, 39503

RECEIVED

AUG 17 2021

ARTHUR JOHNSTON
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

RECEIVED US MARSHAL

MAILED FROM HARRISON COUNTY
ADULT DETENTION CENTER
NOT RESPONSIBLE FOR CONTENTS

Hasler
07/27/2021
US POSTAGE $000.46⁰
FIRST CLASS
PRESORTED
ZIP 39501
041E1165442

# U.S DISTRICT COURT FOR SOUTHER. DISTRICT OF MISSISSIPPI SOUTHERN DIVISION

VARTAURSE CARNELOUS PENNS                                    PLAINTIFF

VERSUS                    CIVIL ACTION NO. 1:21-CV-221-LG-JCG

HARRISON COUNTY JAIL, et al.                                DEFENDANTS

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 19 2021
ARTHUR JOHNSTON
BY _____ DEPUTY

440460

## RESPONSE TO SHOW CAUSE IN WRITING

A: THAT PLAINTIFF DID Mail to the Courts A Copy of PSP-3 And it WAS Returned for Lack of Address And did Send it back out AS soon As Possible,

B: PLAINTIFF at the time of July 27, 2021 Did re Send out PSP-3 and is Indegent At this facility until Current funds become AVAILABLE to Account,

C: PLAINTIFF WAS AWAITING on Indigent Envelopes from FACILITY while Housed in Lock down And did urge FACILITY Authorities of the Nature of this Matter And WAS ASSISTed by LT. Leanord who did Provide Emergency Envelopes and Pen and paper for PLAINTIFF.

D: PLAINTIFF RESPECTfully DoES APOlogize for any Violations of the Courts And prays THAT this Court does Accept this His Motion and or Response to Show Cause IN WRITING Respectfully Submitted AS ORDERED
     Sincerely, Vartaurse Penns #440460
          VARTAURSE C. Penns #440460

VARTAURSE C Penns #440460
10451 LARKINSMITH DRIVE B/5226
GULFPORT, MS 39503
Cell

U.S LEGAL MAIL

RECEIVED

AUG 19 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

MAILED FROM HARRISON COUNTY
ADULT DETENTION CENTER
NOT RESPONSIBLE FOR CONTENTS

Hasier
08/17/2021
US POSTAGE $000.46⁰
ZIP 39503
011E12850942
FIRST CLASS
PRESORTED

"ATTENTION"
CLERK U.S DISTRICT COURT
FOR SOUTHERN DISTRICT
OF MISSISSIPPI
2012 15TH STREET SUITE 403
GULFPORT, MS 39501

39501139999

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTH DISTRICT OF MESSISSIPPI

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 20 2021
ARTHUR JOHNSTON
BY_____ DEPUTY

PENNS                 **PLAINTIFF**

V.         1:21-CV-0022 I-LG-RHWR

HARRISON COUNTY JAIL et al      **DEFENDANTS**

## MOTION FOR SUMMARY Judgment

Comes now in the above styled case and cause number VARTAURSE C. Penns and Does file this motion for Summary Judgment and would respectfully show unto the Courts and Honorables therebe the following to wit:

(A.) I VARTAURSE PENNS entered the Harrison County Jail on 5/13/21 and began to recieve breakfast, lunch meal and a cold balosna sandwich pack without notice or option with made me ill and sick because of stale bread and spoil meat, soggy cookies inside the brown raw paper bag.

(B.) THAT on 5/31/21 May. 31, 2021 I was sanctioned to 20 days in the Lockdown area of the Jail without my attorney present after requesting His presents at the Hearing.

(C.) 6/10/21 on June 10, 2021 while house on Suicide unit while being seperated from an inmate in medical I was handcuffed behind my back and assaulted multiple times by OFC Hodges, Jones, Jimenez, and refused medical treatment, I've been charged to my inmate account for x-rays but never recieved them, nor was I sent to the doctor for ear infection and also overly charged for sic calls where no treatment was given because officers claim I had spat on officer Jones wich the cameras in medical would prove I did not. I was reclassified as Red on Red status and sanctioned 80 days in the hole or Lockdown wich I stayed 87 days and denied the procedural grievance in the institution, to all administration.

The PLAINTIFF Respectfully continues from page one and furthers his pleading to the Honorable courts. — TAMPerance with my MADL and retaliation from various programs at the facility.

Also in more Furtherance, (D!) I made proper and adequate with the appropriate timming and several attempts to the administration to correct and review this matter with a request from my current public defender NATHAN Eckmann who stated He did not handle civil suites, in the mist of all the events yet my neck and BACK hurt so very badly including my spinal cord, my Headaches and I Still HAVE a ear infection that I complained of when STAFF of vital care only put cold water into my ear but would not properly treat my ears or any pain properly because of the countys budget as stated by RANDY Rogers and ms Kelly Moore, Also, I was denied proper mental health medication because nurses stated they do not Allow Remron wellbutrin AdderAll, or TRAZAcone at the facility and or was not ordering it at all. Furtherance, I challenged the conditions of confinement and Treatment AT the Jail. (E.) I VARTAURSE Penn's wrote letters to the administration AT HARRISON County Jail and GRIEVED but recieved only denied and was denied proper care after being violently beaten while it and cuffed and forced on a custody level without proper use of telephone, TV Radio, Access to the media or outside world, YARD CALL the entire 87 days Locked down when I did come off there still was no relief granted, wherefore premises PLAINTIFF does seek $5,000.00 per defendant in the amount of $150,000.00 in nominal damages and in compensatory damages PLAINTIFF seeks $150,000.00 per defendant, and PUNITIVE damages $150,000,000.00 plus Individual/CAPASIA $120,000.00 per defendant PLUS $100.98 in losses of property Further PLAINTIFF seeks any LAND, CARS, TRUCKS, BOATS, PLANES, STOCKS, Bonds, Cattle, deeds or titles of TRUST Funds, Businesses, Live stock, AND place ToBBACco inside the facility and any other request within pleadings by PLAINTIFFS Also that this

1:21CV-00221-LG-RHWR

Honorable Court Hears and the Plaintiff does
PRAY that this Honorable Court GRANTS this
his MOTION FOR SUMMARY Judgment
as a final order and Review all FACTS
Respectfully Submitted: VARTAURSE Penns   4/04/00

Vartaurse C. Penns

1:21-CV-00221-LG-RHWR

VARTAURSE C PENNSIBID<sup>2017</sup> #440406

1045 LARKENSMUTH DRIVE

GULFPORT MS, 39502

LEGAL MAIL

RECEIVED

OCT 20 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

ADULT DETENTION CENTER
NOT RESPONSIBLE FOR

Hasler
10/19/2021
US POSTAGE $000.49¢
PRESORTED FIRST CLASS
ZIP 39503
011E12650942

U.S. DISTRICT COURT

FOR SOUTHERN DISTRICT

OF MISSISSIPPI

2012 15th STREET SUITE 403

GULFPORT MS, 39501