IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

VARTAURSE CARNELOUS PENNS, #440460                                          PLAINTIFF

VERSUS                                      CIVIL ACTION NO. 1:21-cv-371-TBM-RPM

HARRISON COUNTY JAIL, et al.                                              DEFENDANTS

ORDER DIRECTING CLERK TO FILE DOCUMENTS 1-7 and 9
SEPARATELY AND FLAG PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*,
MOTION TO AMEND, AND MOTION FOR SUMMARY JUDGMENT AS PENDING
MOTIONS

This matter is before the Court upon further review of the docket entries of this civil action. On November 16, 2021, an Order [1] was entered severing *Penns, et al. v. Harrison County Jail*, Civil Action No. 1:21-cv-221-LG-RHWR, into two individual actions.[1] Order [1] at 3. In compliance with that Order [1], this civil action was one of the newly opened civil action for Plaintiff Vartaurse Carnelous Penns. Accordingly,

IT IS ORDERED that the Clerk is directed to separately file with a file-date of November 16, 2021, which is the date this case was opened,[2] a copy of the following:

Complaint

Penn's Motion for leave to proceed *in forma pauperis* file stamped June 28, 2021,
    and flag as a pending Motion;

Order dated on June 29, 2021,

Penns's Motion to Amend/ Correct Documents file stamped July 20, 2021,
    and flag as a pending Motion;

Order to Show Cause dated August 13, 2021,

---

[1] The other civil action was assigned *Dixon v. Harrison County Jail*, Civil action no. 1:21-cv-372 LG-RHWR.

[2] This file date is for administrative purposes only.

Penns's Acknowledgment of Receipt of Prison Litigation Reform Act file stamped
August 17, 2021,

Penns's Response file stamped August 19, 2021, and

Penns's Motion for Summary Judgment filed stamped October 20, 2021,
and flag as a pending Motion.

SO ORDERED this the 24th day of November, 2021.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE