FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**COMPLAINT**

MDOC# 106945
County # 40460

Penns (Last Name)
Vartaurse (First Name) Carnelous (Middle Name)
Harrison County Jail (Institution)
10451 Larkin Smith Drive (Address)

(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 28 2021
ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Nov 16 2021
ARTHUR JOHNSTON, CLERK

1:21cv371 TBM-RPM

v. Troy Peterson Sheriff (Department)
Harrison County Jail ofc/ (etc.)
James, Jones-ERT (etc.)
Kimberly, Hodges-ERT (etc.)
Erica Jimenez ofc./ERT (etc.)

(Enter above the full name of the defendant or defendants in this action)

CIVIL ACTION NUMBER: 1:21cv221 LG-JCG
(to be completed by the Court)

### OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States? Yes (✓) No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action: GPD, Gulfport Police department, Jason Ducre ofc, Milich etc, Shelby Mcleod, Greene County Sheriff office/Jail etc, Tamara Bolt, George County Jail etc.

2. Court (if federal court, name the district; if state court, name the county): Harrison County Southern district of Mississippi, suite 403

3. Docket Number: can't remember lack of access to docket.

4. Name of judge to whom case was assigned: JCG, Henry Gargulio, hard to remember at this time I'm sorry!

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): I don't know I need help/ pending and dismissed. I believe, I need help understanding what to do to process ALL matters. Yep

1

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: VARTAURSE C. PENNS    Prisoner Number: COUNTY #440960 MDOC #101945

Address: 10451 LARKIN smith Drive Gulfport, MS, 39501
JAMAR LANEIR DIXON 10451 LARKIN smith Drive Gulfport MS, 39501.

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: Sheriff Troy Peters LLC etc. and Harrison County Jail LLC etc. is employed as Corrections Division and Vital Core medical etc LLC at 10451 LARKIN smith Drive GPT MS, 39503.

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: VARTAURSE C. PENNS    ADDRESS: 10451 LARKIN smith Drive GPT, MS 39501
JAMAR LANEIR DIXON    10451 LARKIN smith Drive Gulfport MS, 39501

DEFENDANT(S): HARRISON COUNTY SHERIFFS OFFICE 10451 LARKIN smith Drive, Gulfport MS 39503.

NAME: Harrison County Jail LLC etc.    ADDRESS: JAIL itself 10451 LARKIN smith Drive GPT MS 39501
Mr. James Jones ERT ofc JAIL 10451 LARKIN smith Drive GPT MS 39501
Mrs. Kimberley Hodges ERT ofc JAIL 10451 LARKIN smith Drive GPT MS, 39501
ofc Sheriff Mr. Troy Peters LLC etc JAIL 10451 LARKIN smith Drive GPT MS 39501
private Vital Core Medical Center etc. 10451 LARKIN smith Drive GPT MS 39501
Mrs. Kelly Moore - Medical social worker 10451 LARKIN smith Drive GPT MS 39501
Sgt. Mr. Kenneth Cunningham Disciplinary 10451 LARKIN smith Drive GPT MS 39501
Sgt. Mrs. Woodcok #254 Disciplinary 10451 LARKIN smith Drive GPT MS 39501
ERT Kenneth Lowery ofc. 10451 LARKIN smith Drive GPT MS, 39501
ERT-ERIC GRAHAM ofc. 10451 LARKIN smith Drive GPT MS 39501
Social Worker Vital core medical Mr. Rodgers 10451 LARKIN smith Drive GPT MS 39501
Social Worker medical Vital Core etc Mrs. Fedele 10451 LARKIN smith Drive GPT MS 39501
HARRISON COUNTY etc. County 10451 LARKIN smith Drive GPT MS 39501

This case grievance concerning

**DEFENDANTS:** PARTIES

1. NURSE MRS. Miller - VITAL CORE LLC etc. 10451 LARKINSMITH Drive Gulfport MS 39503
2. NURSE MR. LeBB - Vital Core LLC 10451 LARKINSMITH Drive Gulfport MS 39501 PRACTIONER etc.
3. ARAMARK - Food Company LLC etc. 10451 Larkinsmith Drive Gulfport MS 39503
4. CAPTAIN MR. LIEZE 10451 LARKINsmith Drive GPT, MS, 39503, etc.
5. JACOB MORGAN - OFC/ERT 10451 LARKINSMITH DRIVE Gulfport MS, 39503
6. LT MS. Whittle #214 - MAIL LADY - 10451 LARKINSMITH drive, Gulfport MS, 39503,
7. SGT. CHENN - Laundry - 10452 LARKINSMITH Drive Gulfport MS, 39503
8. WARDEN HUBBARD 10451 LARKINSMITH DRIVE Gulfport MS, 39501
9. NURSE Billingsly Practicioner - Vital-Core LLC etc 10451 LARKINSMITH Drive, gulfport, MS, 39503, 10. LT. MCABE 15, 11. SGT MALLET, OFC
12. SGT. GREGORY - OFCS 10451 LARKINSMITH Drive Gulfport MS, 39503.
13. NURSE Summerall - JACENT 10451 LARKINSMITH Dr. Gulfport MS 39503 VITAL CORE etc SUITE [MRS. SUMMERALL]

Respectfully Submitted:

Vartaurse Penn #440360
VARTAURSE C. Penn
Inmate Signature

Jamar L. Dixon #440424
JAMAR L. DIXON

REVISES 1/8/16

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

   Yes ( )   No ( ✓ )

B. Are you presently incarcerated for a parole or probation violation?

   Yes ( )   No ( ✓ ) (But I am on probation without violation just missed a court date, FTA.)

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( )   No ( ✓ )

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( )   No ( ✓ )

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

   Yes ( ✓ )   No ( ), if so, state the results of the procedure: None, I was placed 80 days in the hole without access to the media or outside world. 6/11/2021, they covered the officers and hid me in the hole.

F. If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

   1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

      Yes ( ✓ )   No ( )

   2. State how your claims were presented (written request, verbal request, request for forms): I tried all three ways and recieved partial help the cpt ofc. James Jones claimed I spit on him and they hid me in this dungeon (hole) for 80 days.

   3. State the date your claims were presented: 6/12/2021 – 6/10/2021 – 6/17/2021 6/18/21

   4. State the result of the procedure: I have a red on red jump suit with the day it happened loss my court date set off placed in the hole for 80 days no canteen, no medical treatment only 2 nurses will see me but no response from most request or grievance forms till next month July 1 2021 I'm told I have a hearing but I'm hurt badly. VC

3

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

On or about 6/10/2021 while being moved from one suicide cell to the next by Erica Jimenez and ERT James Jones, and ERT Kimberly Hodges and Sgt and staff officer Kimberly Hodges got up in my face and stated shut the fuck up and sit down I did as told while cuffed and the James Jones repeated almost every word (Hodges) she said, while Erica Jimenez held her Right hand in my chest, then Hodges stated you a bitch as man who want to catch suicide cause He in the hole, I Vartaurse Penns stated your the Bitch who wants to be a man, she (Hodges) got down fist to palm and said "Say it again". "Bitch I bet you won't" I said Bitch you the bitch, she began to pound my face while I was cuffed and James Jones and Erica Jimenez joined. See ATT.

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Nominal damages $50,000 $5,000 Per defendant. Official Capacity $10,000.00 Compensatory Damage $150,000 Per defendant Plus $10.98 for property Losses, Punitive Damage $150,000,000.00 Plus Individual Capacity $120,000.00. Per defendant. Any Land, Cars, Trucks, Boats, Planes, Stocks, Bonds, Cattle, deeds or titles, of Trust Funds, owned by defendants, as well as businesses. Please See Attached Also livestock. Put place All tobacco products back in the facility. Respectfully Submitted

Signed this 19th day of June, 2021

Jamar L. Dixon #440724   Vartaurse Penns #440460

Signature of plaintiff, prisoner number and address of plaintiff #440460 County Jail
10451 Larkin Smith Drive
Gulfport MS 39503
Vartaurse Penn 440460

I declare under penalty of perjury that the foregoing is true and correct.
6/19/2021   #440724
(Date)   Signature of plaintiff

10451 Larkin Smith Dr
Gulfport MS, 39503

On 5/31/21 while waiting to attend dayroom call I Vartause C Pems was awoke by her rackmate Joshua Allen gordon in Section D/E cell 239 the doors never opened so Mr. gordon Stated what's up and the zone discovered that the phone cover was taken off the wall and no one was allowed out while exposed wires are out. Via wall phone during NBA Finals. So Mr. gordon whom was already on lockdown for disrespecting officer Ms. Reese stated that he Mr. gordon would flood this bitch out, "I Vartaurse Pems stated to him look aint no extra trays, or Jalipino cheese, or Honey Buns in the hole he Mr. gordon swang at me and we fought for a few minutes and gathered ourselfs before someone came I Mr. Pems laid back down and awoke to the cell full of water with Mr. Gordon sitting on the toilet he said "I don't give a fuck I'm going home wensday, I got Court." well when Sgt (Gregory Jacent) entered the zone he pitched a fuss about the flood he stated all ya had to do was wait for investigation or investigator to show up and yall would have been out." He Mr. Gregory rolled the cameras back and stated "I should have known that Ventorus Pems" I Stated "oh no" not me please hold up for your crime Mr. Gordon". He pointed at me Mr. Pems while Sgt. Gregory was at the cell door and then Sgt. Gregory Stated "I knew you did it Pems" pack your shit your going to the hole, I prayed in silence and then he returned with several officers and exempted Mr. Gordon but wrote me Vartaursec Pems up for tampering with security devices and fighting with another inmate also insiting a riote I ask when did I do all this. I was taken to B-Box D-David = Lockdown cell 232 and I became ill sick of the smell of phieses (shit)(piss) from melvin Keys and tried to commit suicide to exscape the misery of torture. I returned 2 days later after evaluation from social worker Kelly Moore, who released me back to the lockdown area I was placed in cell 227 and they placed Jessie Myers in my cell from 226 after he was sprayed with OC spray for not moving to my cell and he never has showered since he came 3 months ago from the streets. I had a cell change to 128 then to 231 and became deppressed xcduse I got bad news my uncle Ricky Otis passed away and I spoke of suicidal thoughts and was place on suicide wensday 5/9/2021. ERT OFc s) Came in to shower Red on Reds and became angry as I was escorted to medical. then on 6/10/21 offender devon Harmon threatned to put his penis in my food we got into a Heated Confrontations And I slapped his tray out of his hand and threw water at him OFC Jimenez then called a signal #34 inmate-officer altercation in medical come quick, offender devon Harmon passed gass (farted) I spit at the trash can Sgt. Mr. Woods, Sgt. Simms Mrs. Sahuque 173 did advise me to keep my spit to myself I agreed, they left and then ERT OFc Kimberley Hodges stated that "your A bitch ass man crying cause I got whole time." I Vartaurse Pems told her "bitch your a whole hoe trying to be a man in here". She said say it again? See Attached!

Continuation from pg 2 STATEMENT OF CLAIM VS. VARIOUS DEFNS

"I bet your bitch ass won't call me a bitch again" I Mr.Penns stated I'm from NORTH Gulf Port, Straight off MLK Blvd you got me fucked up BITCH you the bitch and she proceed with fist to palms to pouch and Beat on me from the right side of my face while my hands were cuffed behind my back in a suicide smock, and ERT-ofc James Jones worked me from the left side, He at one point struck me with a very Hard object to the Left ear crackin my Jaw, I was raised up by Jones James and Erica Jimenez Ms. ofc ERT, Ms. Jimenez stated that ERT ofc She and Mr. Jones James ERT ofc were seperating me from Kimberley Hodges-ERT ofc and as I sished to catch my breath I was salavatyting to breathe and was over exhausted dizzy to be exact camera's in medical would show all 4 angles (Angles). Then ERT Hodges stated as I cursed officer Jones James for the Hard object He hit me with she said, "you spitting on my officer and they both pounced and Erica Jimenez joined in beating me to the ground and when they raised me up I did pass out on the spot unconcious and the both Hodges and Jones dropped me face first to the ground leaving me there the nurse administered smelling salt and as I came to I did and others hear ERT Hodges Kimberley-ofc state "I wish the camera didn't work I'd stomp his head in or kill this bitch I don't like him" they both Jones and Hodges ofc-ERT picked me up and began to take me to lock down but the officer Erica Jimenez said, "no he's going here in the quarintine cell alone and they placed me on my knees in the back like a wild animal 1st gun point of a red beam (TAZer) by Hodges who stated "if you move Im gone fry your ASS, stay put till we leave" I lost my temper and picked up the cold aluminum bed and they called maintence to remove it from the cell and I was there till 6/11/21 with no medical Help incident happened at 11:15 and I was seen at 12:15 am that next day Mr. Rogers and Kelly more via social workers told all employees STAY AWAY see pg3

③ ATTACHMENT

## STATEMENT OF CLAIM

"Ad dont touch me." she stayed all Night till about 1:30 Am Cotching up on her work camera would show all the big facts I have been sanctioned to 80 days lock down behind this matter I was written up by all 3 officers and accused of Assault on somone els how could I with my hands behind my back and I never spit on or at any officer, Please see All video tapes and Help before this matter gets worse that same day I had an Attorney visit which was concelled and caused my court date to be pushed back to August 18, 2021, Im Hurting very badly my Body — Respectfully submitted!

VARTAURSE C. PENNS #440460

440724

JL DIXONS STATEMENT

~~Harrison County Sheriff's Office~~

~~Grievance Form~~

"STATEMENT OF CLAIM"

MR From: JAMAR LANEIR DIXON  440724  B/D  Cell# 223
[LANEIR]
Inmate Name                            Docket #                Unit

Date Submitted: _____     Date of Incident: 6/4/2021

Incident #13409 on camera 15:10 hrs Day Room Floor

This is a grievance concerning: on or about the 6/4/2021 while being JAMARL. DIXON - brought to B-Boy-D-DAvid-Block by ERT and officer JACob Morgan I was initially assigned to cell #232 where camer would show I was escorted by several of ERT members and they used unessacery force with my Head raming it into the door 232 before it opened and busted My Head causing me to need 3 or 4 stitches in the fore Head when we entered the cell they proceeded to punch and kick me in the side and face till bloody then they moved me to down stairs 127 until I healed so I slept under the rack for safty, on 6/18/21 I was moved up stairs by the shower to cell 223. I'm hurt and confused I need help ASAP AlSo I can not read alot or spell too good so I told MR. Penns to Please help me with this statement. VCP Penns #440460
Jamar Dixon X _____ X 440724

I swear under the penalty of purgery that the above statement is true and to the best my knowledge correct camera would show at Harrison County Jail
Jamar L Dixon  X _____ 440724  DATE 6/__/2021

written by VARTAURSE Penns Conscent given and stated by: JAMAR Dixon himself.

X VARTAURSE Penns #440460
Jamar Dixon X _____ 440724
#440724
Inmate Signature
JAMAR LANEIR DIXON

REVISES 1/8/16

~~Harrison County Sheriff's Office~~

~~Grievance Form~~

~~Grievance Officer~~

①   Ref.
Vartavise C Person #440960
Doc# 106995

From: JAMAR L DIXON    440724    B/D #223
        Inmate Name            Docket #      Unit

Date Submitted: _____    Date of Incident: 6/4/2021

This is a grievance concerning: **RELIEF SOUGHT BY COURT.**
Removal of Tier system, That all officers be removed from positions of power and replaced and that the federal government take over the jail and run it at full 100% capacity and that the privillages be given back to lock down offenders phone calls, and access to media and the outside world, yard calls, That the JAIL Provide 3 full course meals and not just Breakfast, Lunch and 2 sandwiches. That all NAmed medical staff be removed and replaced with better health care, that the sherriff be prosecuted for his involvement with several deaths here at the jail, and forcing medical staff to save money and lie about patients being "Just fine" given Ib proten for every broken bone, By chain of comand and liability all be penalized to the maximume degree by this Honorable Courts, That suicide offenders be allowed to keep their mAttress and Blankets the entire time of being on suicide watch and allowed to sleep with clean sanitation for lock down and suicide cells, That Lock down offenders be given the right to make full canteen orders and Removal of the tier system from the entire JAIL. To Press Charges on all staff for Attempted murder or Persue criminal charges ASAP, see Attch. Respectfully submitted,

x 440724
                                                Inmate Signature

(JAD) x [signatures]

# RELIEF SOUGHT BY COURTS

"Further plaintiff(s) seek to request that the use of tobacco be permitted in the County Jail in accordance with MDOC. All tobacco products be made available vaps, pipes, and cartons of cigarettes, cigars, tobacco, matches, rolling papers, pipes, bongs, synthetic and medical marijuana, jars of peanut butter, that all inmates be given the best of synthetic marijuana and medical at descretion of nurses, $10.00 canteen out of the countys budget the appropriate time and day of canteen leaving no offender without, that 3 trays full coarse meals be distributed with the 12:00 noon lunch bag and cereal and milk be added back to the menue, condiments be given back mayo, sugar, salt, pepper, bacon, ham, boiled eggs, fried foods be placed back in the menue ice cream, philly cheese stakes, hot pockets, pizza, and doughnuts and cinamin rolls, be placed back on menue, fresh fruit, apples, oranges, bananas, peaches, plums, grapes, strawberries, blueberrys, etc, french fries, sodas on canteen, lighters being instalted back into the jail and the public be allowed burgers, hotdogs, etc, pecan pies, banana pudding, jello etc. contact visits, tablets and video visits allowed as long as inmate funds are available to purchase time, a better mental health facility be established for the theraputic needs of housing and conditions with respect for human life. THAT ALL STAFF EAT FREE AND ALL leftovers be passed out to the offenders, any one entering the jail after hours that sandwiches or full tray/meals be provide regardless of time till next meal Plaintiff(s) prays this honorable court does grant this his requested relief sought by courts and any others deemed just. Respectfully submitted: