# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI SOUTHERN DIVISION

VARTAURSE CARNELOUS PENNS #440460

VERSUS  CIVIL ACTION NO. 1:21-CV-0031?-?-RPM

HARRISON COUNTY JAIL, et al.   DEFENDANTS

## COMPLAINT FOR INJUNCTION AND RELIEF

COMES NOW VARTAURSE CARNELOUS PENNS #440460 in the above style case and cause number of a civil matter and does file this his Motion for Complaint for Injunction and Relief and in doing so does state to be true the following to wit:

(A:) PLAINTIFF Resides in the County of HARRISON, State of MISSISSIPPI. He is presently under the custody of MDOC, but resides in the Harrison County JAIL and has a 1983 Civil Rights Complaint filed in the United States District Court for the Southern District of Mississippi Southern Division located at 2012 15th street Gulfport MS, 39502 suite #403. And will be processed and or tried within a short time.

(B:) HARRISON County JAIL et al. Are the current defendants in a use of unecessary force and or excessive force civil case and also an grievance through its Administration concerning custody status and unacceptable punishments or cruel and unusual punishments by the jail have been a burden and have restricted the plaintiff and others at the jail by way of its Disciplinary procedures which allows the county jail to punish the plaintiff if given a Major RVR. The Administration of the jail violates the Bureau of Prisons Policy of how such prisoners shall be obtained. The Harrison County Jail takes away all privilages wich is beyond double Jeapordy and violates the rights of anyone in the Disciplinary Status.

(C:) Defendants Harrison County Jail et al. take away use of telephone, visitation, and canteen, use of kiosk, and the plaintiff VARTAURSE IC. Penns has been subsequent to the engaging of officers who handcuffed and beat plaintiff VARTAURSE c Penns while in medical on 6/10/2021 the plaintiff was accused of spitting on the officer and placed on Red on Red status wich is an inmate and officer altercation wich deprives the plaintiff of being able to become an inmate worker via trusty and also was sanctioned to months in solitary confinement until an investigation was complete. After finding that MR. Penns the plaintiffs DNA was nowhere to be found and camera or video footage would prove acusations with MR. Penns were false the defendants Harrison County Jail's Administration decided to keep plaintiff VARTAURSE Cornelous Penns in locked down on Red on Red status and refuse to remove such custody level even with the proof of wrong doings and misconduct by staff at the Harrison County Jail, the County Jail did demote and or remove status of both officers from Emergency Respons Team members to regular correctional officer before a one James Jones former officer involved resigned, Also A. Kimberly Hodges still is employed at Harrison County Jail 10115 LARKIN SMITH DRIVE Gulfport MS 39503 complaints as well as request have been submitted to defendants CAPTAIN LEZE, WARDEN Hubbard, Also the Sheriff TROY Peterson wich was denied and said defendants have hendered plaintiffs ability to make positive changes and enjoy normal inmate life while housed at Harrison County Jail because of these wrongful allegations of inmate and officer altercation wich at no time did plaintiff put hands on any officer nor did the plaintiff spit on 6/10/2021.

(D.) Jurisdiction of this proceeding is invoked under the provision of Title 28, section 1343 of the UNITED STATES CODE. These proceedings are instituted for violation of rights granted to the citizens of the United States under Title 42, section 1983 of the UNITED STATES code, together with those constitutional rights granted under the Sixth Amendment and Fourteenth Amendment of the Constitution of the United States as well as similar provisions of the Mississippi Constitution. Upon Ill formation and belief Harrison County Jail intends to use cruel and unusual punishment and state on record that Plaintiff VARTAURSE Karnelous Penn # 140460 Assaulted any officer during the Altercation on June 10, 2021 while in medical which is the reason for such punishment. The officers are using forms of retaliation to continue to keep defendant housed in lockdown cell with no access to the outside world, television, radio, or visitation allowed when even in the penetentry prisoners are allowed to use the phone and watch television, yard call at least for an hour even on lockdown but not experience the lose of ALL privillages before an thurough investigation is completed and then sanctions are given. The plaintiff MR VARTAURSE Carnelous Penns Ability to handle court matters and or communicate properly with Attorneys and function Appropriately is being stripped Away. Plaintiffs Ability to defend his life against these wrongful Allegations of the officers reasons for beating him and placing him on Red on Red Status and refusing to clear plaintiffs name depend completely on the rights and protection afforded him under the constitution of the United States and the constitution of MISSISSIPPI.

(E:) Local publicity has placed an extremely difficult burden upon plaintiff in these proceedings and in procuring the co-operation of witnesses who can and should testify in support of plaintiffs innocence via Harrison County video footage, and Nurse Felicia Lynd, Als Lt. Sahuque of the Harrison County Jail. Notwithstanding Due to the fact that Harrison County Jail and Correctional officers within the Division of Corrections have Assaulted Mr. Vartavrse Carnelous Penns (Plaintiff) placed him on Administrative Lock down and restricted all privileges because of False Accusations the plaintiff has been charged for medical exams that did not take place such as X-Rays and CTS (KAT SCANS). After the incident, Defendants Harrison county Jail are the only individuals who possess video footage and the Authority to truely Authorize Mr. Penns to be place back into Normal Black and whites or B custod level after the 6/10/21 incident the plaintiff has suffered tremendously by court Appearances brandishing An All Red Jumpsuit wich Appeared very distastful to the Honorables in circuit court during pleadings. Plaintiff has not been able to reach an appropriate ear at Harrison County Jail to put an end to the status of humility the Damage done to Plaintiff by this willful deprivation of his constitutional and civil rights is irrepatable. further violations can only be prevented by an immediate entry of an appropriate order of this Honorable Court restraining and prohibiting Defendants Harrison county Jail ET AL., from continuing the course of conduct calculated to injure plaintiffs fight for Justice and freedom and exoneration. that PLAINTIFF has no other Adequate remedy at Law therefore, PLAINTIFF prays that this honorable court gives' Judgement; Restraining And Enjoining Kimberly Hodges, James Jones, Erica Jimenez, Harrison county Jail et al from counseling, advising, ordering Instructing, threatning or intimidating or any acts wich

Continuation from pg 4

Have or tend to have any of the above stated results take place.

(F.) Also Directing Harrison County Jail et al to appear at a time and place fixed by this Honorable US District Court for Southern District Southern Division Suite 403, and answer all relevant questions put to him/her by this PLAINTIFF VARTAURSE C PENNS # 440460 in his defense in connection with the 1983 civil rights complaint and findings on assault and use of unnecessary force and restrictions and cruel and unusual punishment applied by the Harrison County Jail et al and the opinion or opinions he/she has formed relations in the findings, Also and to produce at this appearance any and all relevant material products of the incident on 6/10/2021, as well as the video and audio wich they have been held with together any and all relevant material papers, reports, documents, records and correspondence to remove the Red on Red Status and place plaintiff back to normal block and whites or B, custody and discontinue to punish inmates of the jail by losses of all priviliages and placing them in lockdown without use of phone, television or microwave, canteen or visitation, without properly investigating the matter or violating constitutional rights as well as the civil rights and the constitution of mississippi. Apon final hearing, make this injunction permanent; that the Defendants Harrison County Jail follow all rights and Rules of prisons policys and refrain from taking all priviliages at once during disciplinary sactions and lockdown offenders be allowed to use phone. Furthermore grants such other and further relief as it may deem proper. Respectfully submitted: VARTAURSE Corneleys Penns 440460

Vartaurse C. Penns 440460
Prose litigant
10451 Larkin Smith Drive
Gulfport MS 39503

THIS is to certify that I have, as of this Date 24/March/22 personally served opposing counsel Harrison County Jail et al in the foregoing matter with a copy of the above-mentioned documents by depositing said copy in the united states mail in properly addressed envelope with adequate postage attached. SO CERTIFIED on this 24 March 2022.

VARTHURSE Cornelous PENNS #440460
Pro SE Litigant
10451 LARKIN SMITH DRIVE
GULFPORT MS, 39502              #440460

24/March/2022
Date:

16/October/2025
Expiration Date:

Notary Public

[Notary Seal: STATE OF MISSISSIPPI, VERNNEE WASHINGTON, ID# 106940, NOTARY PUBLIC, Comm. Expires Oct. 10, 2025, HARRISON COUNTY]