VARTAURSE Penns 440460
1645 LARKENSMITH DR
GULFPORT MS, 39502

ᵛ ATTENTION CLERK
US DISTRICT COURT
Southern District For
MISS. Southern DIVISION
2012 15th STREET Suite II
403
GULFPORT MS 39502

RECEIVED

MAR 28 2022

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

MAILED FROM HARRISON COUNTY
ADULT DETENTION CENTER
NOT RESPONSIBLE FOR CONTENTS